1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RUDOLPH PRESTON MAES,            1:13-cv-01215-MJS (PC)

12                    Plaintiff,       ORDER TRANSFERRING CASE TO THE
                                       CENTRAL DISTRICT OF CALIFORNIA
13    vs.

14    SANTA BARBARA COUNTY, et al,

15                    Defendants.

16    _____/

17        Plaintiff Rudolph Preston Maes ("Plaintiff"), a state prisoner proceeding pro se, has filed

18    a civil rights action pursuant to 42 U.S.C. § 1983.

19        The federal venue statute requires that a civil action, other than one based on diversity

20    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21    defendants reside in the same state, (2) a judicial district in which a substantial part of the

22    events or omissions giving rise to the claim occurred, or a substantial part of the property that

23    is the subject of the action is situated, or (3) a judicial district in which any defendant may be

24    found, if there is no district in which the action may otherwise be brought."  28 U.S.C.

25    § 1391(b).

26        In this case, none of the defendants reside in this district.  The claim arose in Santa

27    Barbara County, which is in the Central District of California.  Therefore, Plaintiff's claim should

28    have been filed in the United States District Court for the Central District of California.  In the

-1-

1  interest of justice, a federal court may transfer a complaint filed in the wrong district to the

2  correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

3  1974).

4         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

5  States District Court for the Central District of California.

6

7

8  IT IS SO ORDERED.

9  Dated:    August 13, 2013                    /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28